SAID ELMAJZOUB #1034685
Name
LOVELOCK CORRECTION CTR

1200 PRISON Rd
LOVELOCK, NV 89419
Prison Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SAID ELMAJZOUB ,
          Plaintiff,                      )
                                          )
                                          )
vs.                                       )     CASE NO. _____
                                          )         (To be supplied by the Clerk)
SCOTT DAVIS (CHAPLAIN)                     )
                                          )
M. LAFLUER (CCASEWORKER )                  )     CIVIL RIGHTS COMPLAINT
                                          )          PURSUANT TO
T. CARPENTER (A. WARDEN)                   )        42 U.S.C. § 1983
                                          )
R. BAKER    (WARDEN) .                     )
                                          )
K THOMAS   (D. DIRECTOR)                   )
          Defendant(s).                    )

## A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, SAID ELMAJZOUB ,
                                                        (Print Plaintiff's name)

     who presently resides at LOVELOCK CORRECTION CTR "LCC" were

     violated by the actions of the below named individuals which were directed against

     Plaintiff at LCC / LOVELOCK ,NV _____ on the following dates
               (institution/city where violation occurred)

     JUNE , 2018 To PRESENT _____ , and _____ .
          (Count I)              (Count II)              (Count III)

Revised 10-7-16

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant SCOTT DAVIS _____ resides at LOVELOCK CORRECTION CTR "LCC"
1200 PRISON Rd   89419
(full name of first defendant)          (address if first defendant)
and is employed as CHAPLAIN   LCC_____ . This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was
acting
A
under color of law: LCC   CHAPLAIN _____

3) Defendant M. LAFLUER _____ resides at LCC _____,
(full name of first defendant)          (address if first defendant)
and is employed as CASEWORKER  LCC_____ . This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: LCC   CASEWORKER _____

4) Defendant T. CARPENTER _____ resides at LCC _____,
(full name of first defendant)          (address if first defendant)
and is employed as ASSOCIATE  WARDEN  LCC. This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: LCC   ASSOCIATE   WARDEN _____

5) Defendant R. BAKER _____ resides at LCC _____,
(full name of first defendant)          (address if first defendant)
and is employed as WARDEN   LCC_____ . This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: LCC   WARDEN _____

2

6) Defendant __K. THOMAS__ resides at __NDOC 5500 SNYDER RD CARSON CITY, 89701__

(full name of first defendant)                    (address if first defendant)

and is employed as _____ . This defendant is sued in his/her

(defendant's position and title, if any)

__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __NDOC   DEPUTY   DIRECTOR__

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

__∦ 42 USC 2000 CCA  ⁊__

_____

## B. NATURE OF THE CASE

⑧   Briefly state the background of your case.

__PLAINTIFF'S   RELIGIOUS   BELIEFS   AND   RIGHT   TO__
__PRACTICE , AS   A   MUSLIM ,  ARE   BEING   SUBSTANTIALLY__
__BURDENED /RESTRICTED   BY   L.C.C.   DEFENDANTS   REFUSING__
__TO   PROVIDE   MUSLIM   PRISONERS   WITH   SPACE   TO__
__HAVE   FRIDAY /JUMMAH   SERVICE , AS   MANDATED   BY__
__RELIGIOUS   DOCTRINE  I.E  HOLY   QURAN.__

## C. CAUSE OF ACTION

**COUNT I**

9.) The following civil rights has been violated: 1st AMENDMENT & RLUIPA US CONSTITUTION , 42 USC 2000 CCA

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

10.) THE HOLY QURAN (MUSLIM SCRIPTURE) MANDATES ALL MUSLIMS TO PARTICIPATE IN FRIDAY JUMMAH SERVICE. SEE CHAPTER 62, VERSE 9 HOLY QURAN

11.) L.C.C. HAS ALWAYS HAD A FRIDAY/JUMMAH SERVICE, THAT WAS UNTIL DEFENDANT DAVIS PROMOTED FROM CORRECTION OFFICER TO CHAPLAIN. DAVIS IS A CHRISTIAN.

12.) DEFENDANT DAVIS WROTE TO PLAINTIFF; " THE ONLY CHAPEL SLOT I HAVE IS 8AM - 9:15 AM, WE BOTH KNOW - THAT JUMMAH OUTSIDE THE PRESCRIBED - TIME IS NOT VALID." SEE EXHIBIT "EX" 3 ATTATCHED TO COMPLAINT

13.) PLAINTIFF WROTE MULTIPLE REQUESTS ASKING FOR HELP/ RELIEF. SPECIFICALLY THAT IN LIEU OF A CHAPEL TIME SLOT, PLAINTIFF WOULD GLADLY USE ANY SPACE AVAILABLE, E.G. VISITING ROOM, STORAGE ROOM, ACTIVITY ROOM. ALL REQUESTS WERE DENIED BY DEFENDANTS CARPENTER, BAKER AND DAVIS. SEE ATTATCHED EX 1 AND EX 4 AND EX 5

4

14.) PLAINTIFF SOUGHT ADMINSTRATIVE RELIEF AND FILED GRIEVANCE # 2006.30.70.279. DEFENDANT LAFLUER STATED " THERE IS NO REQUIRMENT THAT ADMINSTRATIVE REGULATION "A.R." 810 REQUIRES JUMMAH SERVICE TO BE AT SPECIFIC TIMES." SEE ATTACHED EX 1

15.) A.R 810 RECOGNIZES JUMMAH AS AN OBLIGATORY PRACTICE AND FURTHERMORE IT IS A PAID DAY OFF FOR INMATES WHO PRACTICE.

16.) DEFENDANT LAFLUER HAS PLACED AN UNREASONABLE AND SUBSTANTIAL BURDEN ON PLAINTIFF'S ABILITY TO PRACTICE HIS MUSLIM FAITH.

17.) AT THE NEXT LEVEL OF THE GRIEVANCE PROCESS, DEFENDANT BAKER STATED THAT " PLAINTIFF WAS " ANSWERED APPROPRIATELY " BY DEFENDANT LAFLUER AND DID NOT CURE THE OBVIOUS CIVIL RIGHTS VIOLATION NOR HELP PLAINTIFF IN ANY WAY. SEE ATTACHED EX 1

18.) AT THE FINAL LEVEL OF THE GRIEVANCE PROCESS DEFENDANT THOMAS RESPONDED BY STATING " YOU WERE ANSWERED APPROPRIATELY" BY DEFENDANTS BAKER AND LAFLUER . DEFENDANT THOMAS DID NOT OFFER/PROVIDE AN AREA FOR FRIDAY/JUMMAH SERVICE.REFUSING TO HELP PLAINTIFF IN ANY WAY. SEE ATTACHED EX 1

**COUNT II**

19.) The following civil rights has been violated: __14th AMENDMENT   US.__
CONSTITUTION

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

20.) PLAINTIFF ALLEGES AND INCORPORATES PARAGRAPHS 1 - 18 HEREIN.

21.) PLAINTIFF REQUESTED A LESS RESTRICTIVE MEANS FOR THE DEFENDANTS TO ALLOW A FRIDAY/ JUMMAH SERVICE. SPECIFICALLY, PLAINTIFF ASKED FOR TREATMENT EQUAL TO SIMILARLY SITUATED INMATES WHOSE RELIGIOUS MANDATES CONFLICTED WITH THE CHAPEL'S CREATED SCHEDULE. PLAINTIFF REQUESTED ANY AVAILABLE ROOM INCLUDING VISITING ROOM, STORAGE ROOMS, EMPTY CLASS/DAY ROOMS AND ACTIVITY ROOMS. SEE ATTACHED EX 1 AND EX 4 AND EX 5

22.) DEFENDANTS DAVIS, CARPENTER AND BAKER DENIED PLAINTIFFS REQUEST DESPITE THE FACT THAT OTHER FAITH GROUPS ARE ACCOMODATED IN THIS WAY. SEE ATTACHED CHAPEL SCHEDULE. SEE ATTACHED EX 1 AND EX 4 AND EX 5

23.) PLAINTIFF IS BEING TREATED DISPARATE FROM SIMILARLY SITUATED INMATES.

## COUNT III

The following civil rights has been violated: _N/A_ _____

_____

_____

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_N/A_ _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  ____ Yes  _X_ No.  If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

outline).

a)      Defendants: _____

b)      Name of court and docket number: _____

c)      Disposition (for example, was the case dismissed , appealed or is it still pending?):

        _____

d)      Issues raised: _____

        _____

        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

2)      Have you filed an action in federal court that was dismissed because it was determined to
        be frivolous, malicious, or failed to state a claim upon which relief could be granted?
        ____ Yes  X  No.  If your answer is "Yes", describe each lawsuit.  (If you had more than
        three actions dismissed based on the above reasons, describe the others on an additional page
        following the below outline.)

        Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _____.

b)      Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous
        ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

        Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _____.

b)      Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous
        _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _____.

b)      Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous
        _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

3)  ____ Have you attempted to resolve the dispute stated in this action by seeking relief from the
        proper administrative officials, e.g., have you exhausted available administrative grievance
        procedures? _X_ Yes ____ No. If your answer is "No", did you not attempt administrative
        relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____
        state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole
        board decision; or (5) ____ other _____.

        If your answer is "Yes", provide the following information. Grievance Number 2006.30.70279

        Date and institution where grievance was filed AUG 20, 2018, LOVELUCK CORRECTION CTR

        Response to grievance: DENIED AT INFURMAL, 1st AND 2nd
        LEVELS

---
---

- - - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

24.)

I believe that I am entitled to the following relief:

① PERMANENT FRIDAY / JUMMAH SERVICE AT THE APPROPRIATE TIMES ( 12 - 1 30 PM )

② DAMAGES A. $10,000 PER DEFENDANT PER COUNT
B. $1,000 PER MISSED SERVICE

③ ANY ADDITIONAL TRAINING / COURSES THIS COURT MAY DEEM FIT FOR ANY / ALL DEFENDANTS.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury.  **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**  See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

4 11. 19
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

_____

SAID ELMAJZOUB   1034685
LOVELOCK CORRECTION CTR
1200 PRISON Rd
LOVELOCK , NV  89419


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SAID ELMAJZOUB          )
        PLAINTIFF       )
    V.                  )
SCOTT DAVIS ET AL      )     INDEX of EXHIBITS
        DEFENDANTS      )        IN SUPPORT OF
_____)     CIVIL RIGHTS COMPLAINT
                                42 USC 1983

EXHIBIT  1     ADMINISTRATIVE REMEDY / GRIEVANCE ( 16 PAGES)

                                              (4 PAGES)
EXHIBIT  2     INFORMATION FROM MUSLIM ORGINAZATION ABOUT JUMMAH

EXHIBIT  3     INMATE REQUEST FORM "IRF" FROM △ DAVIS ('PG)

EXHIBIT  4     IRF FROM △ DAVIS (1 PG)

EXHIBIT  5     IRF FROM △ CARPENTER (1 PG)

EXHIBIT  6     LCC CHAPEL SCHEDULE ( 1 PG)

11



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#**   20063070279

**ISSUE DATE:**   08/20/2018

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ELMAJZOUB, SAID | 1034685 | RTRN_L2 | KTHOMAS |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 01/31/2019 | | Partially Granted | JWALSH | A |

| INMATE COMPLAINT |
|---|
| |

| OFFICIAL RESPONSE |
|---|
| Inmate Elmajzoub,<br>You were answered appropriately at the informal and first level. You have been advised of the times that LCC can accommodate "Jumah". Your grievance is partally granted |

_____
GRIEVANCE RESPONDER

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date:   JAN-31-19 01:15 PM

Page 1 of 3

LOG NUMBER: _____

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: ELMAJZOUB                               I.D. NUMBER: 1034685

INSTITUTION: LCC                              UNIT: 2B-41A

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006.30.70279 , ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: 12.5.18

WHY DISAGREE: GRIEVANCE WAS NOT READ, NOR WERE THE ISSUES RAISED PROPERLY ADDRESSED

_____

_____

GRIEVANCE COORDINATOR SIGNATURE: Ball            DATE: 12/6/18

SECOND LEVEL RESPONSE: See attached

_____

_____

_____

_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _____ TITLE: D.D. Prog DATE: 1-14-19

GRIEVANCE COORDINATOR SIGNATURE: Tara Kytka     DATE: 3/27/19

INMATE SIGNATURE: _____  DATE: 3.5.19

### THIS ENDS THE FORMAL GRIEVANCE PROCESS

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

RECEIVED

JAN 15 2019
NDOC
DEPUTY DIRECTORS OFFICE

DEC 06 2018
LOVELOCK CORRECTIONAL CENTER GRIEVANCES

DOC 3094 (12/01)

LOG NUMBER: _____

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: ELMAJZNUB       I.D. NUMBER: 1034685

INSTITUTION: LCC       UNIT: 2B·41A

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006.31.70279 , ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: 12.5.18

WHY DISAGREE: GRIEVANCE was not READ, nor were the ISSUES RAISED PROPERLY ADDRESSED

_____

_____

_____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 12/6/18

SECOND LEVEL RESPONSE: _____

_____

_____

_____

_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _____ TITLE: I.D.P.-1 DATE: 1.14.11

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

INMATE SIGNATURE: _____ DATE: 3.5.11

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

JAN 15 2019
NDOC
DEPUTY DIRECTORS OFFICE

RECEIVED
DEC 06 2018
LOVELOCK CORRECTIONAL CENTER GRIEVANCES

DOC 3094 (12/01)



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*    2B-41

**ISSUE ID#**  20063070279          **ISSUE DATE:**   08/20/2018

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ELMAJZOUB, SAID | 1034685 | RTRN_L1 | RBAKER |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 11/21/2018 | 5 | Denied | KHOSTMAN | A |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

You were answered appropriately at the informal level. LCC is responsible to ensure all faiths are treated equal and space is provided as scheduling allows. You have been advised of the times that LCC can accommodate "Jumah". As stated at the informal level, submit to have your times reinstated.
Grievance Partially Granted

GRIEVANCE RESPONDER

**RECEIVED**

DEC 0 6 2018

LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

Log Number _____

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: ELMAJZOUB          I.D. NUMBER: 1034685

INSTITUTION: LCC          UNIT: 46-30

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006 3070279 , IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____          DATE: 10.8.18

WHY DISAGREE: RRT RESPONSE ATTACHED. AR 810 DOES SAY AFTERNOON AND ANY ACTIVITY ROOM OR NON USED AREA WILL DO. E.G. INFIRMARY DAY ROOM, UNIT 4/2/1/6 ACTIVITY ROOMS IS USED FOR OTHERS RESPONSE IS INCONSISTENT WITH THE ATTACHMENTS *END*

GRIEVANCE COORDINATOR SIGNATURE: +Ball          DATE: 10/10/18

_____

FIRST LEVEL RESPONSE: See attached.

_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: _____ TITLE: Warden DATE: 11/28/18

GRIEVANCE COORDINATOR SIGNATURE: _____          DATE: 11/26/18

_____

_____ INMATE AGREES ___X___ INMATE DISAGREES

INMATE SIGNATURE: _____          DATE: 12.5.18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

DEC 06 2018

LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

RECEIVED

OCT 10 2018

LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

DOC 3093 (12/01)

Log Number _____

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: ELMAZOUB     I.D. NUMBER: 1034685

INSTITUTION: LCC     UNIT: 4B-30

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006 3070279, IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____     DATE: 10.8.18

WHY DISAGREE: RRT RESPONSE MATTED. AR 810 DOES SAY NTTAROUGH AND Any ACTIVITY ROOM OR NON USED AREA WILL DO. E.G. INFANARY DAY ROOM, UNIT 4/2/1/6 ACTIVITY ROOMS IS USED FOR WITHIS RESPONSE IS INCONSISTENT WITH THE ATTATIMENT *READ*

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 1/1/18

FIRST LEVEL RESPONSE: _____ attached.

_____

_____

_____

_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: _____ TITLE: WWWLn DATE: 11/28/18

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 11/26/18

_____

_____ INMATE AGREES ___X___ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 12.5.18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:    To Inmate when complete, or attached to formal grievance
Canary:    To Grievance Coordinator
Pink:      Inmate's receipt when formal grievance filed
Gold:      Inmate's initial receipt

RECEIVED
DEC 06 2018
LOVELOCK CORRECTIONAL CENTER
GRIEVANCES

RECEIVED
OCT 10 2018
LOVELOCK CORRECTIONAL CENTER
GRIEVANCES
DOC 3093 (12/01)



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*     4B-30

**ISSUE ID#**   20063070279                    **ISSUE DATE:**   08/20/2018

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ELMAJZOUB, SAID | 1034685 | RTRN_INF | MLAFLEUR |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 10/03/2018 | 4 | Denied | KHOSTMAN | A |

| INMATE COMPLAINT |
|---|
|  |

| OFFICIAL RESPONSE |
|---|
| Your Informal Level has been reviewed. There is no requirement in Administrative Regulation 810 that requires Jumah services to be held at specific times. If you believe that we are violating your religious freedoms, we suggest you follow AR 810 and request through the Religious Review Team (RRT) to have specific worship times added as a requirement to the AR. You have not done that. In the Faith Group Overview, program description for Muslim faith the column for "Jumah", also states "subject to scheduling". This scheduling not only includes the chapel facilities, but also includes the areas leading up to the chapel, such as the sallyport area, pill call window, visiting room, and medical access. Protective Segregation inmates have been scheduled access to those areas for those times.  As stated by AW Carpenter on your kite, you can request your previous times back that LCC can accommodate.  You have failed to do so. Grievance Denied |

*GRIEVANCE RESPONDER*

**RECEIVED**

DEC 0 6 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

**RECEIVED**

OCT 1 0 2018
LOVELOCK CORRECTIONAL
CENTER

Log Number _2006-30-70279_

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _ElMAJZUB_     I.D. NUMBER: _1034685_

INSTITUTION: _LCC_     UNIT: _45-30A_

GRIEVANT'S STATEMENT: _My 1st AND 14th AMENDMENT RIGHTS HAVE BEEN TRAMPLED AS FOLLOWS: JUMMAH SERVICE WHICH IS MANDATORY FOR MUSLIMS, AND HAS THE MOST SPECIFIC, OF ALL FAITHS IDENTIFIED IN AR 810, PRAYER/SERVICE TIME HAS BEEN_

~~SWORN DECLARATION UNDER PENALTY OF PERJURY~~

INMATE SIGNATURE: _____ DATE: _8.16.18_ TIME: _6 PM_

GRIEVANCE COORDINATOR SIGNATURE: _J.Ball_ DATE: _8/20/18_ TIME: _8:20 am_

GRIEVANCE RESPONSE: _See attached._

_____

_____

_____

_____

CASEWORKER SIGNATURE: _WCasa_    DATE: _9-26-18_

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _Ana Kite_ DATE: _10/3/18_

_____ INMATE AGREES __X__ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _10.8.18_

**FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.**

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
AUG 20 2013

RECEIVED
DEC 06 2018
LOVELOCK CORRECTIONAL CENTER GRIEVANCES

RECEIVED
OCT 10 2018
LOVELOCK CORRECTIONAL CENTER GRIEVANCES

CLERK GRIEVANCES

DOC 3091 (12/01)

Log Number 2.04 3.)-7.)27

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: ELMAJZNB                          I.D. NUMBER: 1034605

INSTITUTION: LCC                        UNIT: 4S · 30A

GRIEVANT'S STATEMENT: My 1st AND 14th AMENDMENT RIGHTS
HAE BEEN TRAMPLED AS FULLOWS: JUMMAH SERVICE
WHICH IS MANDATORY FER MUSLIMS, AND HAS
THE MUST SPECIFIC, OF ALL FAITHS IDENTIFIED
IN AR 810, PRAYER/SERVICE TIME HAS BEEN

~~SWORN DECLARATION UNDER PENALTY OF PERJURY~~

INMATE SIGNATURE: _____ DATE: 8.16.18 TIME: 6 PM

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 3/2/1: TIME: 0.21AA)

GRIEVANCE RESPONSE: ____Ja collected.____

CASEWORKER SIGNATURE: _____hll.lilSdl_____ DATE: 9 26.18

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: 11/2/18

_____ INMATE AGREES ____X____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 10.8.18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's Initial receipt |

RECEIVED

RECEIVED

RECEIVED
DEC 06 2018

OCT 10 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

AUG 20 2018
LOVELOCK CORRECTIONAL
DOC 3091 (12/01)
GRIEVANCES

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: ELMATZOUB   I.D. NUMBER: 1034685

INSTITUTION: LCC   UNIT #: 43-30

GRIEVANCE #: _____   GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION:   PG. 2 OF 3

CANCELED, NO ALTERNATIVE SERVICE HAS
BEEN MADE AVAILABLE DESPITE SEVERAL
ATTEMPS/SUGGESTIONS (SEE ATTACHED). EVERY
PRISON IN THE COUNTRY RECOGNIZES JUMMAT.
AS FOR LCC, THE CHAPLAIN (DAVIS)
HAS DECIDED + ACCOMODATE PREDOMINATLY
WHITE FAITH GROUPS THAT DO NOT
REQUIRE SERVICE AT SET TIMES. I
AM NOT BEING TREATED EQUAL TO SIMILARLY
SITUATED INMATES AND AM NOT PERMITTED TO
PRACTICE MY FAITH AS SECURED BY 1ST AMENDMT.
PLEASE RESOLVE BY:
① IMMEDIATE REFERAL TO I.G
② ALLOW JUMAH SERVICE IN THE CHAPEL
OR INFIRMARY DAY ROOM, EDUCATION OR ANY
OTHER EMPTY ROOM FOR 1 HOUR ON FRIDAYS

Original:   Attached to Grievance
Pink:   Inmate's Copy

RECEIVED
DEC 06 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

RECEIVED
OCT 10 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

RECEIVED
AUG 20 2013
LOVELOCK CORRECTIONAL
CENTER
DOC-3097.(01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: ELMAJZI-B          I.D. NUMBER: 1034695

INSTITUTION: LCC          UNIT #: 4B - 30

GRIEVANCE #: _____          GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION:     PG. 3 OF 3

5) PROTECT ME FROM RETALIATION FOR

FILING THIS GRIEVANCE AND SUBSEQUENT

LITIGATION TO ASSERT / PROTECT MY CIVIL

RIGHTS.

* END *

ATTATCHMENTS  (ATTEMPTS TO RESOLVE)

— KITES TO/FROM CHAPLAIN DAVIS

                    AWP MS. CARPENTER

— RRT REFUTING CHAPLAIN, AWP CLAIM THAT

CANCELING / ACCOMODATING JUMMAH" IS FOR RRT

— LETTER IN SUPPORT OF AR 810 MANDATE FOR

SERVICE.

Original:  Attached to Grievance
Pink:      Inmate Copy

RECEIVED
DEC 06 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

RECEIVED
OCT 10 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

RECEIVED
AUG 20 2013
LOVELOCK CORRECTIONAL
CENTER
DOC-3097 (01/02)

NEVADA DEPARTMENT OF CORRECTIONS

INMATE INSTITUTIONAL CORRESPONDENCE

INSTITUTION: LCC

TO: CHAPLAIN

FROM: ELMA JZONB, SND

SUBJECT: APPOINTMENT

#: 1034685   HOUSING: 4A-35   DATE: 6.29.18

MAY I PLEASE HAVE AN APPOINTMENT TO SPEAK
WITH YOU FOR 10 MINUTES ? (At your EARLIEST
CONVIENCE) THIS IS NOT AN EMERGENCY

THANK You.

RECEIVED

AUG 20 2013

LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

See me Thurs. 7/5/18   at  8:30 Am   Chaplain Davis
7-2-18

DOC - 1561 - (REV. 7/01

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| ELMAJZOUB | 1034685 | 7/A-35 | 7.15.18 |

**4. ) REQUEST FORM TO:** (CHECK BOX)      ___MENTAL HEALTH      ___CANTEEN

___CASEWORKER      ___MEDICAL      ___LAW LIBRARY      ___DENTAL

___EDUCATION      ___VISITING      ___SHIFT COMMAND

___LAUNDRY      ___PROPERTY ROOM      X OTHER _A. WARDEN_

**5.) NAME OF INDIVIDUAL TO CONTACT:** MRS. CARPENTER

**6.) REQUEST:** (PRINT BELOW) I RECIEVED YOUR RESPONSE TO MY 7.5.18 KITE ON FRI NIGHT. THANK YOU. THE TIME THAT I AM REQUESTING IS THAT WHICH IS MANDATED BY MY FAITH. I AM REQUESTING THAT YOU ALLOW US AN EMPTY CLASSROOM IN EDUCATION, INFIRMARY DAYROOM, ANY EMPTY ACTIVITY ROOM OR WHATEVER ROOM IS BEST FOR OUR SERVICE. FYI THE SERVICES OFFERED IN THE CHAPEL ON FRI P.M FOR P.C. ARE NOT MANDATORY TO THE RESPECTIVE RELIGIONS. PLEASE & THE YOU.

**7.) INMATE SIGNATURE** _____ DOC # 1034685

**8.) RECEIVING STAFF SIGNATURE** _____ DATE_____

**9.) RESPONSE TO INMATE**

Denied. Your religion does not specify a time in AR 810. You must request through the RRT if you deem appropriate.

10. : 10

**10.) RESPONDING STAFF SIGNATURE**

RECEIVED
DEC 0 6 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

RECEIVED
OCT 1 0 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

DATE RECEIVED
AUG 2 0 2018
LOVELOCK CORRECTIONAL
GRIEVANCES

DOC 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| ELMAJZOUB | 1034695 | 4A . 35 | 7.5.18 |

**4.) REQUEST FORM TO:** (CHECK BOX)

___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    X OTHER  A. WARDEN

**5.) NAME OF INDIVIDUAL TO CONTACT:** MS  CARPENTER

**6.) REQUEST:** (PRINT BELOW) I KNOW YOU ARE BUSY. IF YOU GET
A LITTLE FREE TIME, I WAS HOPING YOU'D BE WILLING TO
HELP RESOLVE A RELIGIOUS ISSUE. I MET WITH THE
CHAPLAIN TODAY ABOUT TRYING TO GET JUMMAH SERVICE
BACK. HE WAS UNWILLING TO ENTERTAIN ANY SOLUTION.
BEFORE I FILE ANY PAPERWORK, I WANTED TO TALK TO
YOU, BECAUSE, YOU CAN FIX IT AND ARE THE EPITOME
OF A FAIR WARDEN. IF YOU WISH TO NOT GET INVOLVED, I UNDERSTAND
PLEASE AND THX.

**7.) INMATE SIGNATURE** _____ DOC # 1034695

**8.) RECEIVING STAFF SIGNATURE** _____ DATE _____

### 9.) RESPONSE TO INMATE

If you are requesting an outcount
or afternoon service — we cannot accommodate.

If you want the times that have previously been
offered we can accommodate.

**10.) RESPONDING STAFF SIGNATURE** _____

RECEIVED  RECEIVED    DATE RECEIVED

DEC 0 6 2018    OCT 10 2018    AUG 20 2013

LOVELOCK CORRECTIONAL CENTER    LOVELOCK CORRECTIONAL CENTER    LOVELOCK CORRECTIONAL

DOC-3012 (REV. 7/01)



# ISLAMIC HOUSE OF WISDOM
### ENERGIZING THE SPIRIT, EMPOWERING THE YOUTH, ENHANCING THE COMMUNITY

September 3, 2016

Peace and Blessings Chaplain Carrasco,

      The Friday prayer, known as Jumaa, starts after one o'clock, depending on the Pacific Time for afternoon. The Jumaa prayer is an obligation for the congregation that practices Islam. Friday prayer is a holy day and the participants make the prayer in unity or as congregation. This day is a Sabbath day for Muslims.

Eide Alawan
Chaplain
Muslim Inmate Educational Services

Islamic House of Wisdom
22575 Ann Arbor Trail
Dearborn Hts. MI, 48127
Phone: 313.359.1221
Fax: 313.359.1709
www.islamichouseofwisdom.com

**RECEIVED**

DEC 0 6 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

**RECEIVED**

OCT 1 0 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

**RECEIVED**

AUG 2 0 2013
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES



Northern Administration
5500 Snyder Ave.
Carson City, NV 89701
(775) 887-3285

Southern Administration
3955 W. Russell Rd.
Las Vegas, NV 89118
(702) 486-9938

**State of Nevada
Department of Corrections**

Brian Sandoval
*Governor*

James Dzurenda
*Director*

**Religious Review Team**

TO:          Hamilton, Corey     1042857      HDSP (Filed at LCC)
FROM:      Chaplain Richard Snyder for the Religious Review Team
DATE:       February 8, 2017
SUBJECT:   Request for Venue Outside of Chapel for Islamic Prayer at LCC


Your request is not appropriate for consideration by the Religious Review Team.  The use and scheduling of institutional facilities is appropriately decided at the institutional level by the Chaplain and Warden and/or Associate Warden.


cc:          Chaplain Calderin
             Chaplain Carrasco



RECEIVED
DEC 0 6 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

RECEIVED
OCT 1 0 2018
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

RECEIVED
AUG 2 0 2013
LOVELOCK CORRECTIONAL
CENTER
GRIEVANCES

Jumadi-u-Thaani 1440          Issue 271          February 2019



# UNIS

**2301 Plymouth Rd, Ann Arbor, MI 48105. Ph: (734) 665-6772**

# The Day of Friday

*Dear Brothers and Sisters, This article is written to inform you about the importance of the Day of Friday in the lives of Muslims. We are aware that those of you who are incarcerated are in special circumstances. You will have to sit down with your Chaplain and your facility leadership how Friday prayer and service can be made available for you. Allah only judges us on the basis of what we are able to do of our free will and not what is beyond our capabilities. Allah Knows Best.*

Friday is the most important day for the Believers. Many important events which become the turning points in the history of Islam had taken place on this auspicious day.

Friday, is primarily the Day of assembly, the weekly meeting of the congregation, where the Muslims show their unity by sharing in common public worship, preceded by a 'khutba' in the which the Imam reviews the week's life of the community and offers advice and exhortation on good living.

The day of Friday also has many virtues which many people are unaware of. It was narrated from Aws ibn Aws that the Prophet (pbuh) (peace and blessings of Allah be upon him) said: "The best of your days is Friday. On that day Adam (pbuh) was created; on that day he died; on that day the Trumpet will be blown and on that day all of creation will swoon. So send a great deal of blessings upon me, for your blessings will be shown to me." They said, "O Messenger of Allah, how will our blessings upon you be shown to you when you have turned to dust?" He said, "Allah has forbidden the earth to consume the bodies of the Prophets, peace be upon them."

In addition to the two Eids, i.e. Eid-ul-Fitr and Eid-ul-Adha, the day of Friday has also been mentioned as the third Eid in many traditions from the Prophet (pbuh).

The blazing fire of Hell is kindled to intensify its heat every day, except on Friday. On Friday, there is a spell of time when Allah gives to a Muslim servant whatever he asks for. Giving Sadaqah (charity) on that day is preferred to giving it on any other day. In paradise, the believers will see Allah and visit Him on Friday. It is the best day which Allah has chosen from the days of the week, just as he has chosen Ramadan as the best of the months and Laylat al Qadr (the night of decree) as the best of the nights and Muhammad as the best of His creatures.

Because Friday is such a great day and also because the Muslims have their required weekly congregation on that they, the holy prophet (pbuh) has taught us and encouraged us to prepare for Friday and the Friday prayer.

One should take extra care to clean and purify oneself for saying Friday prayers. Islam lays a great deal of emphasis on bathing and adorning oneself for the day which is full of blessing and auspiciousness. Abu Sa'eed (may Allah be pleased with him) reported that the Messenger of Allah (pbuh) said: "It is binding upon everyone who has attained maturity that he should take a bath on Friday. He should use the siwaak (toothstick) and perfume if it is available."

Salman (may Allah be pleased with him) also reports that the Messenger of Allah (pbuh) said: "An individual who bathes on Fridays, performs ablution, oils (grooms his hair), and scents himself, then goes to the mosque in the noon, without disturbing two persons already sitting in the line, offers the prescribed prayer, and listens to the khutba (sermons) attentively, shall have all the sins he may have committed between this Friday and the pervious one pardoned."

It is preferred that a Muslim wear the best of his clothes on Friday. It is reported that the Prophet (pbuh) said: "A man who performs ghusl (bathes) on Friday, perfumes himself if he has perfume, wears form the best of his clothes, then goes to the mosque covered with calmness until he reaches the mosque, and offers two rak'ahs of prayer if he wishes, and does not harm/disturb anybody, and then listens quietly while the Imam speaks until he offers the prayer, all his sins between that Friday and the next Friday will be forgiven"

It is not permissible for the one upon whom Jumu'ah is obligatory, to travel on this day before attending the Friday prayer if its time is due.

It is also preferred to perfume the mosque with incense on Friday for it is reported that Ibn 'Umar, may Allah be pleased with him, used to perfume the mosque of Al-Madinah with incense every Friday at midday.

So we should adorn ourselves before going to the Friday prayer, but what do we do once we get to the Masjid. Well, instead of chatting and gossiping, one should keep himself occupied with the remembrance of Allah, supplication, and recitation until the Imam begins his khutbah. But when the Imam starts his khutba, one must be completely silent. Listening to the Khutbah is obligatory, and one should not disturb or talk to others while the Imam is delivering the khutba. Even saying As-Salamu-Alaikum is not allowed when the khutba is being delivered. Allah's prophet (pbuh) said: "When the Imaam is delivering the Khutbah, and you ask your companion to keep quiet and listen, then, no doubt you have done an evil act".

It is recommended to recite certain surahs/chapters of the Quran on Friday. "The reciter of Surat al-Kahf (Cave) (Surah 18) on Friday will be blessed with a light that will rise from underneath his feet to the peak of the sky. This will be a light for him on the Day of Resurrection, and he will be forgiven for what is between this Jumu'ah (and the next) Jumu'ah"

The messenger of Allah (pbuh) also used to recite Surat al-Jumu'ah (Surah 62) and al-Munaafiqoon (Surah 63) or al-Ghaashiyah (Surah 88) and al-A'la (Surah 87) during the Jumu'ah prayer.

As much as we all know Friday is important, it is sad to see that many of us fail to realize that and don't give Friday the attention it deserves. Some

people even try to find excuses to not go to Friday prayer. Allah says in the Quran: "O you who believe! When the call is proclaimed to prayer on Friday (the Day of Assembly), hasten earnestly to the remembrance of Allah, and leave off business (and traffic): that is best for you if ye but knew!" (al-jumu'a 9)

So, if you are working, you must make arrangements with your employer and take extra time off so that you can make it to prayer. If you have a class, talk to your teacher and ask him/her to give you an exception so that you can come and pray.

The Messenger of Allah (pbuh) is reported to have said: "People should not neglect Friday Prayers under any circumstances, otherwise their hearts will be sealed, (they will be deprived of Divine Guidance); they will become one with those who are forgetful (of Religion)."

Like all other acts of worship in Islam, there are certain guidelines and required elements that a Friday Khutba (sermon) must have. According Imam Ahmed ibn Hanbal, the Friday khutba must have: 1) *Hamd* (Glorifications of Allah), 2) *Tashahhud* ( testifying that there is no god but Allah and that Muhammad (pbuh) is his prophet), including *Daruud* (sending blessings on the prophet (pbuh)); 3) *Verse from the Qur'an*, 4) a *Hadith as Mauizah* (exhortation/Advice), 5) *Tandhir* and *Tabsheer* (Admonition and glad tidings); 6) *Du'a for Muslims*

The Messenger of Allah (pbuh) did not pray any Jumu'ah without preceding it with a Khutbah. His (pbuh) khutba consisted of two parts; in between them he sat down (for a short while).

The first khutba basically contains the message and the reminder and the second khutba contains the dua.

The following are some sample first parts of khutbas:

## KHUTBAH # 1
## EXTRA NAWAAFIL SALAAH DURING THE DAY AND NIGHT

All forms and abundance of praise is due to Allah for His blessings. We remember Allah in a manner that does not leave any trace of pride or resentment in our hearts. We thank Allah who makes the night and day a place for those who take heed or express gratefulness to Him, We bear witness that there is no God besides Allah, the Unique. He is one and has no partner. We bear witness that Muhammad (Sallallahu alaihi wa sallam) is His messenger and servant, who was sent with the truth, as a giver of glad tidings and as a warner. Salutations of Allah be upon him, his family and his honored companions, who strived in the worship of their Creator in the mornings and evenings to such an extent that each one of them became guided to the Deen and a shining lamp (Illuminating the road to guidance).

1. Allah says in the Quran, "and be constant in prayer and spend in charity, and bow down in prayer with all who thus bow down." (Baqarah 2:43)
2. Prophet (pbuh) has said that Allah says: "My slave continues to come nearer to Me with superogatory (nawaafil) prayers until I start loving him. (Bukhari)
3. Prophet (pbuh) has said: "O slave of Allah do not be like that one, who used to stand (at) night in worship, but left it." (Bukhari, Muslim)
4. Prophet (pbuh) has also said: "Verily Deen is easy, a person who makes it difficult on him, will be overwhelmed by it, so be moderate (in your affairs), seek the nearness of Allah, be happy and seek assistance (by worship) in the morning and evening and in a part

of the night, (for the hereafter)." (Bukhari)

I seek refuge with Allah from the accursed shaytaan. The Quran says, "Remember thy Sustainer within yourself with humbleness and fear, in a low voice in the morning and evening, and be not of the neglectful ones".

## KHUTBAH # 2
## REGARDING THE EVILS OF PRIDE AND VANITY

All praise is due to Allah Ta'aala, the Creator, the Producer, the Fashioner, the Powerful, the Mighty, the Exalted, the High whose greatness cannot be impaired by any denouncer. Allah is the Omnipotent before whom every tyrant is submissive and abject. Majesty and Magnificence are His garments.

His magnificence is most High and His attributes are sanctified. I bear witness that there is none worthy of worship except Allah alone, who has no partner. I also bear witness that our Master and Leader, Muhammed (Sallallahu alaihi wa sallam) is His servant and messenger upon whom has been revealed the spreading brilliance (i.e. the Quraan) so that the corners of the world be illuminated by its brilliance and light. May Allah's peace and blessing be in abundance upon Muhammed (pbuh) and his illustrious companions who were the beloved and friends of Allah Ta'aala. They were also His chosen and selected ones.

Verily vanity and pride are two destructive sicknesses which are detested and abhorred by Allah: Proud and vain glorious persons are indeed inflicted with sickness. Allah states in the Holy Quraan that verily He does not love the arrogant and the boastful. Allah further states concerning the battle of Hunain, which the Muslims lost. The Quran says: "on the Day of Hunayn, when you took pride in your great numbers and they proved of no avail whatever to you -for the earth, despite all its vastness, became [too] narrow for you and you turned back, retreating" (Tawba 9:25)

1. Prophet Muhammad (Sallallahu alaihi wa sallam) states: "He who is humble for the sake of Allah, will regard himself as insignificant - whereas in the eyes of the people he will hold honor, while he who is proud, Allah humiliates him to such an extent that he is worthless and insignificant in the eyes of the people although he regards himself as a great person. Such a person's status is even lower to them than the status of a dog or a pig." (Baihaqi)

2. Prophet (pbuh) has also stated: "Destructive things are passions which are followed, greed which is ingrained and the worst of these attributes is a person's vanity regarding himself." (Baihaqi)

3. Prophet (pbuh) has also stated: "The person who has even an iota of pride will not enter Paradise." A person then questioned concerning a person who loves good (and neat) clothes and shoes. He(Sallallahu alaihi wa sallam) thereupon answered "Allah is Most Beautiful and He loves beauty. Pride relates to rejecting the truth and despising people." (Muslim)

I seek protection with Allah from the accursed Shaytaan. "And unto Allah belongs the Majesty in the heavens and the earth. He is Mighty, Wise." (Al Quran)

## KHUTBAH # 3
## REMEMBRANCE OF ALLAH AND SUPPLICATIONS

All praise is due to Allah whose compassion is all inclusive and whose mercy is general, who has requited His servants for their remembrances by His remembrance (of them). Allah has stated: "Remember Me and I shall remember you" and He has encouraged them in asking and supplicating by His command. Allah has also stated: "Ask of me and I will answer you" and has thus made the obedient and disobedient, the kind and wicked aspire for the fulfillment of necessities and desires (from Him) by His statement "Indeed I am close by and I will answer the supplication of the caller when he calls Me."

We testify that there is no Deity except Allah who is alone and has no partner and we testify that our Leader and Master Muhammed (Sallallahu alaihi wa sallam) is His slave and the leader of all the prophets. May Allah send His manifestation and salutations upon him, his kinfolk and companions who were the choicest of His chosen ones. May He confer upon them an abundance of peace.

1. Indeed the remembrance of Allah and the fulfillment of necessities from Him is the most meritorious of worship that can be discharged by the tongue after the recitation of the Quran. Indeed Prophet (pbuh) has said never does a group of people sit in the remembrance of Allah except that the Angels surround their gathering, mercy encompasses them while tranquility descends upon them and Allah makes mention of them to those that are around Him (i.e. the angles). (Muslim).

2. Prophet (pbuh) has said: "The similitude between that person who remembers his Sustainer and that person who does not, is that between the living and the dead." (Bukhari and Muslim)

3. Prophet (pbuh) has said: "There is nothing nobler in the sight of Allah than supplication." (Tirmizi).

4. Prophet (pbuh) said: "Invocation is the essence of Worship." (Tirmizi, Ibn Maajah).

5. Prophet (pbuh) has mentioned: "Indeed supplication confers benefit to that which Allah has bestowed and to that which He has

not yet bestowed. Therefore, servants of Allah hold firmly to supplication." (Tirmizi)

6. Nabi (Sallallahu alaihi wa sallam) has mentioned: "He who does not ask from Allah, He will become angry upon him. I seek refuge with Allah from the accursed shaytaan. O' you who believe, remember Allah in abundance and extol His praise by morning and evening."

## KHUTBAH # 4
## SAFEGUARDING OF THE TONGUE

All praise is due to Allah who has masterly created and fashioned mankind. He had poured forth the treasures of knowledge upon his heart and perfected it. He then blessed him with a tongue with which he interprets the feelings of his heart and mind and which can also be used to destroy the innocence he was sent with.

I bear witness that there is no one worthy of worship except Allah alone who has no partner. I also bear witness that Muhammed (Sallallahu alaihi wa sallam) is Allah's revered and venerated messenger and prophet with whom He has sent the Quran. May Allah's peace and blessings be upon him, his family and companions for as long as a single sole glorifies Him, by saying Allahu Akbar - Allah is the Greatest, or by saying Laa illaha illaahu - no one is worthy of worship, besides Allah.

Verily the tongue is small but its wound is great. The Shariah (Islamic law) has therefore recommended silence and encouraged it, except in expressing the truth.

1. Prophet (Sallallahu alaihi wa sallam) has said: "The person who gives me the guarantee of safeguarding that which is between his lips and that which is between his legs (i.e. tongue and private parts), I give him guarantee of (entering) Jannah" (Bukhari)

2. In another Hadith Prophet (pbuh) mentions: "A slanderer will not enter Jannah (except after being punished). (Bukhari and Muslim)

3. Prophet (pbuh) has also mentioned: "Verily truthfulness is a virtue and virtue leads towards Jannah while falsehood is a sin and sin leads to the fire." (Muslim)

4. Prophet (pbuh) asked the Sahabah (his companions) "Do you know what is backbiting?" The Sahabah replied "Allah and His Rasool know best." Thereafter Rasulullah (Sallallahu alaihi wa sallam) answered: "Speaking about your brother concerning that which he doesn't like." It was then asked: "If that which I mention is an attribute of my brother (i.e. it is actually true)?" He (pbuh) answered: "In that case you have verily backbited him, for if that which you mention is not in him, then you have indeed slandered him." (Muslim)

5. Prophet (pbuh) has said: He who keeps silent is saved. (Ahmed, Tirmizi, Daarimi, Baihaqi)

6. In another Hadith, Prophet (pbuh) said: The beauty of a person's Islam is his discarding those things which do not concern him. (Muwatta Malik, Ibn Maajah, Ahmed)

7. Prophet (pbuh) said: "Do not display happiness upon your brother's misfortune or else Allah will shower His Mercies on him and involve you in misfortune." (Tirmizi)

I seek refuge with Allah from Shaytaan, the accursed. Allah says "Never does man utter a word except that there is a guard (angel) ready at hand (to record it)."

## THE SECOND KHUTBA (FOR ALL THE SERMONS)

All praise is due to Allah. I seek help from Him and I seek His forgiveness. We seek protection with Allah from the evils of ourselves. He who Allah guides, none can misguide while he who Allah misguides, none can guide.

I bear witness that there is no Deity but Allah who has no partner. I bear witness that Muhammed (Sallallahu alaihi wa sallam) is His servant and Messenger who has been sent with the truth as a giver of glad tidings and as a warner of that following the Hour of Reckoning. He who obeys Allah and His apostle, is verily on the right path and he who disobeys Allah and His messenger does not cause any harm but to himself and nor will he cause any harm to Allah. (Abu Dawood)

I seek protection with Allah from Shaytaan, the Accursed. Certainly Allah and His angels send salutations on Nabi (Sallallahu alaihi wa sallam). O you who believe, send salutations and blessings upon him. O Allah send Your blessings upon Muhammed (Sallallahu alaihi wa sallam). Your servant and Your apostle and also send Your blessings upon the faithful males and females and the believing males and females.

The best amongst my Ummah are those who live in my era and thereafter those who are close to them and then those who are close to them (the latter). Verily, Allah commands you to do justice with harmony. Allah forbids from shamelessness, obscenity and evil. He bestows advice to you so that you be of the mindful. Allah says, " Remember Me (Allah), and I will remember you. Commemorate thanks to Me and be not of those who transgress.





**Editorial**

**Assalamu Alaikum**
*Dear Readers! Thank you very much for your comments & questions.*

UNIS, 2301 Plymouth Rd.
Ann Arbor. MI 48105

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| ELMAJZOUB | 1034685 | 2B-41A | 3.12.19 |

**4.) REQUEST FORM TO:** (CHECK BOX)

___ CASEWORKER  ___ MEDICAL  ___ MENTAL HEALTH  ___ CANTEEN

___ EDUCATION  ___ VISITING  ___ LAW LIBRARY  ___ DENTAL

___ LAUNDRY  ___ PROPERTY ROOM  ___ SHIFT COMMAND

✗ OTHER _____

**5.) NAME OF INDIVIDUAL TO CONTACT:** CHAPLAIN.

**6.) REQUEST:** (PRINT BELOW) PER MS. CARPENTER I'M WRITING TO GET CLARIFICATION ON WHAT TIMES WOULD BE AVAILABLE FOR JUMAH SERVICE. MY GRIEVANCE WAS RETURNED W/ INSTRUCTIONS TO KITE FOR "REINSTATEMENT."

**7.) INMATE SIGNATURE** _____   DOC # 1034685

**8.) RECEIVING STAFF SIGNATURE** Chaplain Davis   DATE 3-12-19

**9.) RESPONSE TO INMATE**

The only Chapel time slot I have available on Friday is the 8 am to 9:15am in Room #2. We both know that Jumah, outside the prescribed time, is not valid. I am unable to do a GP service between noon and 1 pm because that is PS Chapel time. If you want the 8 am to 9:15am time slot in Room #2 for a Jumah service please let me know.

**10.) RESPONDING STAFF SIGNATURE** Chaplain Davis   DATE 3-12-19

DOC – 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| ELMAJZOUB | 1034685 | 2B - 41 A | 3.12.19 |

**4.) REQUEST FORM TO: (CHECK BOX)**

___ CASEWORKER ___ MENTAL HEALTH ___ CANTEEN

___ EDUCATION ___ MEDICAL ___ LAW LIBRARY ___ DENTAL

___ LAUNDRY ___ VISITING ___ SHIFT COMMAND

___ PROPERTY ROOM X OTHER _____

**5.) NAME OF INDIVIDUAL TO CONTACT:** CHAPLAN DAVIS

**6.) REQUEST: (PRINT BELOW)** THANK You FOR WRITING ME BACK ABOUT JUMMAH. NOT only IS A JUMAH SERVICE @ 8 or 9 AM INVALID, IT IS FORBIDDEN BY ISLAMIC LAW. FOR THESE REASONS, I BELIEVE MS CARPENTER MAY CONSIDER ALLOWING US TO USE THE 1A. ACTIVITY ROOM. SHE TOLD ME SHE ONLY ALLOWS SERVICES OUTSIDE THE CHAPEL WHEN SHE HAS TO. HOPEFULLY, SINCE WE HAVE NO OTHER WAY, SHE'LL CONSIDER 1A ACTIVITY ROOM. ARE You WILLING TO AK HER OR COULD You PLEASE ADVISE ME WHAT TO DO? THANKS

**7.) INMATE SIGNATURE** _____ **DOC #** 1034605

**8.) RECEIVING STAFF SIGNATURE** Chaplain Davis **DATE** 3-13-19

**9.) RESPONSE TO INMATE**

You would have to kite her to get that permission. I don't have the authority to approve an activity room meeting.

**10.) RESPONDING STAFF SIGNATURE** Chaplain Davis **DATE** 3-13-19

DOC – 3012 (REV. 7/01)

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| EYAD JZOUB | 1034685 | 2B-41A | 3.13.19 |

4. )  **REQUEST FORM TO:** (CHECK BOX)

__MENTAL HEALTH    __CANTEEN

__CASEWORKER    __MEDICAL    __LAW LIBRARY    __DENTAL

__EDUCATION    __VISITING    __SHIFT COMMAND

__LAUNDRY    __PROPERTY ROOM    X OTHER  A. WARDEN

5.) **NAME OF INDIVIDUAL TO CONTACT:** MS. CARPENTER

6.) **REQUEST:** (PRINT BELOW) PER OUR CONVERSATION THE OTHER DAY, I RECIEVED A RESPONSE FROM THE CHAPLAIN ABOUT JUMAH TIMES. HE ONLY HAS 8 AM ON FRIDAY. HE ACKNOWLEDGES THAT IT WOULD BE INVALID, I CAN ALSO SHOW, IN SCRIPTURE/DOCTRINE, THAT IT IS FORBIDDEN FOR US TO PRAY BEFORE THE SUN HITS ITS ZENITH. WITH THESE CIRCUMSTANCES, I HOPE YOU WILL CONSIDER THE 1A ACTIVITY (12-1:30PM) PLEASE! THANK YOU PLEASE

7.) INMATE SIGNATURE _____    DOC # 1034685

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

**9.) RESPONSE TO INMATE**

Sorry — This has already been addressed with the RRT. That is the only time slot we have available.

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

## Chapel Schedule: January 2019 — All slots subject to change

| Time | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| GP 8:00–9:15 AM | 1. Siddha Yoga<br>2. Bible College | 1. Muslim Studies<br>2. Bible College | 1. LDS Studies<br>2. Catholic RCIA w/OS | 1. The Way Praise<br>2. Christian Minute Men Practice | 1. Education Music Appreciation | 1. Libreya 2nd Saturday even months<br>1. Messianic Service Non-Karros days<br>2. Baptist Studies | 1. Christian Evan. w/ OS<br>2. Bible Keepers |
| 9:15–10:30 AM | 1. Jehovah Witness w/OS<br>2. Christian Assembly Studies | 1. Bible 101<br>2. Orthodox Muslim | 1. Redemption w/OS<br>2. Bible College | 1. Christian Minute Men<br>2. Bible College | 1. Baptist w/OS<br>2. Moorish Science Temple | 1. Episcopal w/OS<br>1. Libreya<br>2. Orthodox Christian w/OS | 1. Catholic Mass w/ OS<br>2nd Sunday w/ Fr. Mark Hanifan (10:30 to sacrament)<br>2. Buddhist Meditation Mass Chapel when Catholic is on out count |
| PS 12:30–1:45 PM | 1. New Life in Christ Praise Practice<br>2. Bible College | 1. Spanish Praise Practice<br>2. Bible College | 1. CCC Praise Practice<br>2. Bible College | 1. Crossroads Fellowship Praise Practice<br>2. Bible College | 1. CCC Spanish/Eng w/OS<br>2. Orthodox Christian w/OS | 1. Spanish Service<br>1. 2nd Sat. Even Months Karros Libreya<br>2. Orthodox Christian w/OS | 1. Catholic Mass w/OS 3rd Saturday w/ Fr. Mark Hanifan |
| 1:45–3:00 PM | 1. New Life in Christ Service<br>2. Jehovah Witness W/OS | 1. Spanish Praise & Worship | 1. CCC Service | 1. Crossroads Fellowship Service | 1. Messianic Jews | 1. The Secret Place Psalm 91:1 | 1. Spanish/English Fellowship |
| GP 7:30–8:45 PM | 1. Spanish Evangelical Non-Karros days<br>1. Karros 1st Monday Bi-Monthly | 1. Episcopal w/OS | 1. Spanish/English w/ translator<br>2. Catholic RCIA | 1. Young Men In Christ w/OS | 1. Messianic Bible Study<br>Phase 2 Jews in all Activity<br>PS Messianic in all Activity<br>2 Spanish/English Bee Stacy | 1. Charismatic Service | 1. LDS w/ OS<br>2. Faith to Faith Praise |
| 8:45–10:00 PM | 1. Jehovah's Witness w/OS<br>1. Christian Assembly Hour<br>2. Baptist Praise Practice | 1. KAIROS Music | 1. Faith to Faith Service | 1. Messianic Practice | 1. Moorish Science Temple<br>2. Young Men In Christ | 1. Catholic Choir Practice | 1. Acoustic Praise |

Christian = Non-Denomination including Evangelical; Charismatic = Pentecostal Oriented; OS = Outside Volunteer; 1 = Chapel, 2 = Study Room, not using scheduled time forfeits it. Per AR 810.3, earth based groups are not entitled to use the Chapel/indoor area. E-8 grounds scheduled time is 7:30 am to 3:00 pm.

- Clerks, Soundboard Operators and facilitators ONLY are allowed 30 minute early access to the Chapel. (7:30 am, 12:00 pm and 7:30 pm)

AWP Tara Carpenter     Date 10/18/18

Chaplain Scott Davis     Date 12-17-18

All Chapel activities are subject to change and are evaluated monthly for availability based on attendance, need and priority.