Allen Lichtenstein
Nevada Bar No.: 3992
3315 Russell Road, No. 222
Allen Lichtenstein, Attorney at Law, Ltd.
Las Vegas, NV 89120
(702) 433-2666 phone
(702) 433-9591 fax
allaw@lvcoxmail.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF, NEVADA**

| | |
|---|---|
| SAID ELMAZJOUB, ) | |
| ) | Case No. 3:19-cv-00196-MMD-WGC |
| ) | |
| Plaintiff ) | |
| ) | **STIPULATION** |
| v. ) | |
| ) | |
| SCOTT DAVIS, et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On may 19 2020, the Court ordered an Inmate Early Mediation Conference for 8/18/20, with a Settlement Statement due from both parties on 8/11/20. Because attorney Allen Lichtenstein, just entered the case, making his first appearance on 8/5/20, the parties hereby request and stipulate that the Settlement Conference by moved (90) days to Monday, November 16, 2020, the due date of the Settlement Statement be moved (90) days to Monday, November 9, 2020.

Dated this 5st day of August, 2020.

Respectfully submitted by:

1

/s/ Allen Lichtenstein

Allen Lichtenstein
Nevada Bar No.: 3992
3315 Russell Road, No. 222
Las Vegas, NV 89120
(702) 433-2666 phone
(702) 433-9591 fax
allaw@lvcoxmail.com
Attorney for Plaintiff


/s/ Stephen J. Avillo

Stephen J. Avillo
Deputy Attorney General
State of Nevada – Office of the Attorney General
Public Safety Division
100 North Carson Street
Carson City, Nevada 89701
775.684.1159
Attorney for Defendants

## ORDER

It is hereby ordered that the Settlement Conference by moved (90) from August 18, 2020 to Tuesday, November 17, 2020, and the due date of the Settlement Statement be moved from August 11, 2020 to Tuesday, November 10, 2020.

DATED: August 6, 2020.

_____
U.S. Magistrate Judge