1  AARON D. FORD
   Attorney General
2  JOHN C. DORAME, Bar No. 10029
   Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1261
5  E-mail: jdorame@ag.nv.gov

6  *Attorneys for Defendants*
   *Renee Baker, Tara Carpenter,*
7  *Scott Davis, Marc La Fleur, and Kim Thomas*

8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

11  SAID ELMAJZOUB,

12                Plaintiff,

13  vs.

14  JAMES DZURENDA, et al.,

15               Defendants.

Case No.  3:19-cv-00196-MMD-WGC

**STIPULATION AND ORDER TO EXTEND
DISCOVERY AND CASE SCHEDULING
DEADLINES (THIRD REQUEST)**

16         Pursuant to Local Rule IA 6-1 and 26-3, Defendants, Renee Baker, Tara Carpenter, Scott Davis,

17  Marc La Fleur, and Kim Thomas, by and through counsel, Aaron D. Ford, Attorney General of the

18  State of Nevada, and John C. Dorame, Deputy Attorney General, and Plaintiff, Said Elmajzoub, by and

19  through his counsel, CAIR Legal Defense Fund, Gadeir I. Abbas, Lena F. Masri, Justin Sadowsky, and

20  Allen Lichtenstein, respectfully submit the following Stipulation and Order to Extend Discovery and

21  Case Scheduling Deadlines.

22  **I.**       **DISCOVERY COMPLETED**

23        • Interrogatories [Set One] Scott Davis

24        • Request for Production of Documents [Set One] Scott Davis

25        • Deposition of Renee Baker

26        • Deposition of Tara Carpenter

27        • Deposition of Scott Davis

28        • Deposition of Marc La Fleur

1

- Deposition of NDOC's NRCP 30(b)(6) designee
- Deposition of Tim Garrett, Warden of Lovelock Correctional Center

**II.    DISCOVERY THAT REMAINS TO BE COMPLETE**

No additional discovery is needed in this matter. The remaining case management deadlines are:

Dispositive motion deadline:                                              **November 23, 2021**

Joint pretrial order (if no dispositive motions filed):        **December 23, 2021**

**III.    REASONS WHY THE DEADLINES WERE NOT SATISFIED**

Defendants' prior counsel recently left the division and this matter was subsequently assigned to current counsel on November 8, 2021. (ECF No. 51). This matter is but one of several cases current counsel inherited from prior counsel that has similar pending deadlines, all set to run within the next two (2) to three (3) weeks. This is in addition to various deadlines counsel had in his own case prior to being assigned to these various matters. For example, counsel has in the past two (2) weeks had two (2) early mediation conference statements due and has had to respond to several other motions filed in various matters.

Further, during the week this dispositive motion is due, undersigned counsel has two (2) early mediation settlement conferences scheduled and has deadlines on another dispositive motion, which is due the same day as the motion in this matter. These deadlines are in addition to other routine deadlines throughout counsel's caseload.

Upon being assigned the matter, and realizing the dispositive motion deadline was fast approaching, undersigned counsel requested of Plaintiff's counsel to stipulate to an extension. Given current defense counsel's unfamiliarity with the case, the parties agreed that a forty-five (45) day extension of the dispositive motion deadline was appropriate to permit counsel to get familiarized with the instant matter.

Similarly, the parties recognize that this stipulation amends this Court's Scheduling Order and that it was not filed twenty-one (21) days prior to the above-referenced deadlines the parties seek to amend. (ECF No. 31 at 5:5-9). However, the parties believes excusable neglect exists in that the prior DAG assigned to this matter was transitioning to another department and current counsel was not assigned this matter until the twenty-one (21) day requirement had already passed.

## IV.      PROPOSED SCHEDULE

The current deadline for dispositive motions is November 23, 2021. The parties stipulate this deadline be extended to **January 7, 2022**.

The parties must file a Joint Pretrial Order no later than December 23, 2021. The parties stipulate this deadline be extended to **February 7, 2022**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court.

DATED this 22nd day of November, 2021.

AARON D. FORD
Attorney General

By:      _____
JOHN C. DORAME, Bar No. 10029
Deputy Attorney General

*Attorneys for Defendants*

CAIR Legal Defense Fund

By:      ___/s/___Gadeir I. Abbas_____
GADEIR I. ABBAS, VA Bar No. 20257
gabbas@cair.com
LENA MASRI, VA Bar No. 20251
lmasri@cair.com
JUSTIN SADOWSKY, VA Bar No. 20128
jsadowsky@cair.com
453 New Jersey Avenue, SE
Washington, DC 20003
Phone: (202) 488-8787

ALLEN LICHTENSTEIN, NV Bar No. 3992
allaw@lvcoxmail.com
3315 Russell Road, No. 222
Las Vegas, NV 89120
Phone: (702) 433-2666
Fax: (702) 433-9591

3

1    Based on the foregoing stipulation of the parties, IT IS ORDERED that the discovery,

2 dispositive motion, and joint pretrial order deadlines be extended as described.

3

4                                    **IT IS SO ORDERED**

5

6                                    _William G. Cobb_

7                                    U.S. MAGISTRATE JUDGE

8                                    Dated: __November 23_____, 2021

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28