UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAID ELMAJZOUB,<br><br>   Plaintiff,<br>v.<br><br>SCOTT DAVIS, *et al.*,<br><br>   Defendants. | Case No. 3:19-cv-00196-MMD-CSD<br><br>ORDER |

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 83), recommending the Court issue a permanent injunction order that Defendants must schedule weekly Jumu'ah services at Lovelock Correctional Center ("LCC") on Fridays from 12:30 p.m. to 1:45 p.m., and that all LCC Muslim inmates are allowed to attend and congregate unless the circumstances of an individual inmate make attendance impossible. Defendants filed an objection to the R&R.[1] (ECF No. 84.) Plaintiff Said Elmajzoub, who is represented by counsel, filed a response. (ECF No. 85.)

The Court defers ruling on Judge Denney's R&R and will set a hearing in a separate minute order. Because the Court already granted in part Elmajzoub's motion for summary judgment for his RLUIPA claim (ECF No. 73), the scope of the hearing is limited to the scope of the injunctive relief.

DATED THIS 2nd Day of November 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]In their objection, Defendants improperly attempt to relitigate the RLUIPA issue the Court already resolved at summary judgment. (ECF Nos. 73, 84.)