UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SAID ELMAJZOUB,

    Plaintiff,

v.

SCOTT DAVIS, ET AL

    Defendants.

Case No. 3:19-cv-196-MMD-CSD

**ORDER TO TRANSPORT PLAINTIFF FOR VIDEO PROCEEDINGS**

The Court scheduled a video conference hearing on November 8, 2022 at 9:00 AM (ECF No. 87).

IT IS ORDERED that the Nevada Department of Corrections (NDOC) shall arrange for inmate SAID ELMAJZOUB, NDOC **1034685**, to appear by video from Lovelock Corrections Center for the hearing scheduled for **December 2, 2022 at 2:00 P.M in Reno courtroom 5 before Chief Judge Miranda M. Du.**

IT IS SO ORDERED.

DATED 11/30/2022.

Honorable Miranda M. Du,
CHIEF UNITED STATES DISTRICT JUDGE