1  McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2  Frank A. Toddre, II
Nevada Bar No. 11474
3    *frank.toddre@mccormickbarstow.com*
Mandy Vogel
4  Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
5  8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
6  Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
7
*Attorneys for Defendants Renee Baker,*
8  *Tara Carpenter, Scott Davis, Marc La Fleur,*
*And Kim Thomas*
9

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SAID ELMAJZOUB, | Case No. 3:19-cv-00196-MMD-CSD |
|            Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS (ECF NO. 111)** |
|       v. | |
| SCOTT DAVIS, et al., | |
|            Defendants. | |

18      Defendants, Renee Baker, Tara Carpenter, Scott Davis, Marc La Fleur, And Kim Thomas

19  (collectively, "Defendants"), by and through their Associate Counsel, Frank Toddre II, Esq. and

20  Mandy Vogel of the law firm McCormick, Barstow, Sheppard, Wayte, and Carruth, LLP, and

21  Plaintiff, Said Elmajzoub, by and through his counsel, CAIR Legal Defense Fund, Gadeir I. Abbas,

22  Lena F. Masri, Justin Sadowsky, and Allen Lichtenstein, respectfully submit the following

23  Stipulation and Order to Extend the Deadline for Defendants to File a Response to Plaintiff's Motion

24  for Attorney Fees and Costs (ECF No. 111)

25      This case is currently set for a settlement conference before Magistrate Judge Craig S.

26  Denney on December 19, 2022, when Defendants' Response to Plaintiff's Motion for Attorney Fees

27  and Costs (ECF No. 111) is also due.

28  / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 3:19-cv-00196-MMD-CSD

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS
BRIEFS DEADLINES

1    The parties believe that it would be prudent to extend the deadline for Defendants to file a

2 response to Plaintiff's Motion for Attorney Fees and Costs (ECF No. 111), as the parties may be

3 able to settle the case at that time.

4    Defendants' Response to Plaintiff's Motion for Attorney Fees and Costs (ECF No. 111) is

5 currently due on December 19, 2022. The parties request a one-week extension on the deadline,

6 which would make the response due on or before December 27[1], 2022.

7    DATED:  December 13,  2022                       DATED:  December 13,  2022

8  By: _____/s/ Justin Sadowsky_____        By: _____/s/ Frank A. Toddre, II_____

9        Lena Masri                                    Frank A Toddre, II
         Gadeir I. Abbas                               Nevada Bar No. 11474
10       Justin Sadowsky                               Mandy Vogel
         CAIR LEGAL DEFENSE FUND                       Nevada Bar No. 16150
11       453 New Jersey Ave., SE               McCORMICK, BARSTOW, SHEPPARD,
         Washington DC 20003                           WAYTE & CARRUTH LLP
12                                                 8337 W. Sunset Rd., Ste. 350
         Allen Lichtenstein                           Las Vegas, NV 89113
13       3315 Russell Rd., No. 222            *Attorneys for Defendants Renee Baker,*
         Las Vegas, NV 89120             *Tara Carpenter, Scott Davis, Marc La Fleur,*
14                                                  *And Kim Thomas*
         *Attorneys for Plaintiff Said Elmajzoub*

15

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  _____

27  [1] One-week extension would make the response due on December 26, 2022, but it is the parties'
    understanding that the U.S. District Court for the District of Nevada will be closed on December

28  26, 2022 in observance of the Christmas holiday.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                              Case No. 3:19-cv-00196-MMD-CSD

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS
BRIEFS DEADLINES

1         Based on the foregoing stipulation of the parties, **IT IS ORDERED** that the deadline for

2    Defendants to file a response to Plaintiff's Motion for Attorney Fees and Costs (ECF No. 111) is

3    due on or before December 27, 2022. **IT IS FURTHER ORDERED** that Plaintiff's Reply to

4    Defendants' Response to Plaintiff's Motion for Attorney Fees and Costs (ECF No. 111), if any, is

5    due seven days after service of Defendants' response.

6

7                                   **IT IS SO ORDERED:**

8

9                                   _____

10                                   Chief U.S. District Judge

                                         **DATED** this 14th  day of December, 2022

11

12

13

14

15

16   8799611.1

17

18

19

20

21

22

23

24

25

26

27

28

3                    Case No. 3:19-cv-00196-MMD-CSD

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS
BRIEFS DEADLINES