CAIR LEGAL DEFENSE FUND
LENA F. MASRI (20251)
lmasri@cair.com
GADEIR I. ABBAS (20257)*
gabbas@cair.com
JUSTIN SADOWSKY (20128)
jsadowsky@cair.com
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 488-8787

ALLEN LICHTENSTEIN (NV 3992)
allaw@lvcoxmail.com
3315 Russell Road, No. 222
Las Vegas, NV 89120
Phone: (702) 433-2666

*Gadeir Abbas is admitted in VA; practice is limited to federal matters.

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **SAID ELMAJZOUB**, <br><br> Plaintiff, <br><br> -vs- <br><br> **SCOTT DAVIS,** *et al,*, <br><br> Defendant(s). | Case No. 3:19-cv-00196-MMD-WGC <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE A REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR ATTORNEY FEES AND COSTS** |

Plaintiff, Said Elmajzoub, by and through his undersigned counsel and Defendants, by and through their undersigned counsel, respectfully submit the following Stipulation and Proposed Order to Extend Plaintiff's Deadline to File a Reply to Defendants' Response to Motion for Attorney Fees and Costs (Dkt. 120).

The parties stipulate to an extension moving the deadline from January 10th to **January 17th 2022**[1]**.** The parties respectfully request this extension for the press of other business and because many staff have taken time off for the holidays.

Respectfully Submitted,

| | |
|---|---|
| CAIR LEGAL DEFENSE FUND | McCORMICK, BARSTOW, SHEPPARD, WAYTE, AND CARRUTH LLP |
| BY: **/s/ Lena Masri** <br> LENA F. MASRI (20251) <br> lmasri@cair.com <br> GADEIR I. ABBAS (20257) <br> gabbas@cair.com <br> JUSTIN SADOWSKY (20128) <br> jsadowsky@cair.com <br> 453 New Jersey Ave, SE <br> Washington, DC 20003 <br> Phone: (202) 488-8787 | By: **/s/ Frank A. Toddre, II** <br> Frank A. Toddre, II <br> Nevada Bar No. 11474 <br> Mandy Vogel <br> Nevada Bar No. 16150 <br> 8337 W. Sunset Rd., Ste. 350 <br> Las Vegas, NV 89113 <br><br> *Attorneys for Defendants* |
| ALLEN LICHTENSTEIN <br> allaw@lvcoxmail.com <br> 3315 Russell Road, No. 222 <br> Las Vegas, NV 89120 <br><br> *Attorneys for Plaintiff* | Dated: December 29, 2022 |

---

[1] "Local Rule 7-2(b) provides 14 days for replies. In the course of granting an extension for Lovelock's Opposition (Dkt. 113), the Court provided only 7 days for the reply. It is unclear whether this was based on an oversight or for some other reason. Whatever the reason, this stipulation seeks a restoration of the traditional 14 days for the filing of a reply plus an additional 7 days in light of the end of year holidays and resultant leave taken by Elmajzoub's counsel."

Based on the foregoing stipulation of the parties, **IT IS ORDERED** that the deadline for Plaintiff to file a Reply to Defendants' Response to Motion for Attorney Fees and Costs (Dkt. 120) is due on or before January 17, 2022.

IT IS SO ORDERED:

_____
Chief U.S. District Judge

DATED this 29thday of December, 2022