1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Frank A. Toddre, II
   Nevada Bar No. 11474
3    *frank.toddre@mccormickbarstow.com*
   Mandy Vogel
4  Nevada Bar No. 16150
     *mandy.vogel@mccormickbarstow.com*
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
6  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101
7
   *Attorneys for Defendants Renee Baker,*
8  *Tara Carpenter, Scott Davis, Marc La Fleur,*
   *And Kim Thomas*
9
                    UNITED STATES DISTRICT COURT
10
             DISTRICT OF NEVADA, SOUTHERN DIVISION
11
   SAID ELMAJZOUB,                    | Case No. 3:19-cv-00196-MMD-CSD
12
                    Plaintiff,        | **STIPULATION AND ORDER TO
13                                     EXTEND THE DEADLINE FOR THE
          v.                           PARTIES TO FILE A PROPOSED JOINT
14                                     PRETRIAL ORDER**
   SCOTT DAVIS, et al.,
15                                    | **[FIRST REQUEST FOR EXTENSION OF
                    Defendants.        JOINT PRETRIAL ORDER]**
16

17

18        Defendants, Renee Baker, Tara Carpenter, Scott Davis, Marc La Fleur, And Kim Thomas

19 (collectively, "Defendants"), by and through their Associate Counsel, Frank Toddre II, Esq. and

20 Mandy Vogel of the law firm McCormick, Barstow, Sheppard, Wayte, and Carruth, LLP, and

21 Plaintiff, Said Elmajzoub, by and through his counsel, CAIR Legal Defense Fund, Gadeir I. Abbas,

22 Lena F. Masri, Justin Sadowsky, and Allen Lichtenstein, respectfully submit the following

23 Stipulation and Order to Extend the Deadline for the Parties to File a Proposed Joint Pretrial Order.

24        After the settlement conference on December 19, 2022, the parties continued to informally

25 discuss potential settlement of the case. The parties agree that additional time to discuss settlement

26 would be beneficial for the parties.

27 / / /

28 / / /

McCormick, Barstow,                                              Case No. 3:19-cv-00196-MMD-CSD
Sheppard, Wayte &
Carruth LLP       ───────────────────────────────────────────────────────────────────
8337 West Sunset Road, Suite 350  STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE A PROPOSED
Las Vegas, NV 89113                              JOINT PRETRIAL ORDER

1  As such, the parties stipulate and agree to extend the deadline to file a proposed joint pretrial

2  order by 45 days. The deadline to file a proposed joint pretrial order is currently set for **January 18,**

3  **2023.** *See* ECF No. 115 at 1. After a 45-day extension, a proposed joint pretrial order would be due

4  on or before **March 6, 2023.**

5  DATED:  January 11,  2023                    DATED:  January 11,  2023

6  By: _____/s/ Justin Sadowsky_____        By: _____/s/ Frank A. Toddre, II_____

7  Lena Masri                                      Frank A Toddre, II
   Gadeir I. Abbas                                 Nevada Bar No. 11474
8  Justin Sadowsky                                 Mandy Vogel
   CAIR LEGAL DEFENSE FUND                          Nevada Bar No. 16150
9  453 New Jersey Ave., SE                         McCORMICK, BARSTOW, SHEPPARD,
   Washington DC 20003                             WAYTE & CARRUTH LLP
10                                                 8337 W. Sunset Rd., Ste. 350
   Allen Lichtenstein                              Las Vegas, NV 89113
11 3315 Russell Rd., No. 222                       *Attorneys for Defendants Renee Baker,*
   Las Vegas, NV 89120                             *Tara Carpenter, Scott Davis, Marc La Fleur,*
12                                                 *And Kim Thomas*
   *Attorneys for Plaintiff Said Elmajzoub*

13

14

15  Based on the foregoing stipulation of the parties, **IT IS ORDERED** that the deadline for the

16  parties to file a proposed join pretrial order is extended to March 6, 2023.

17

18                                      **IT IS SO ORDERED:**

19

20  _____
                                      District Court Judge
21

22                                      DATED this 11th day of January, 2023

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                    Case No. 3:19-cv-00196-MMD-CSD

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE A PROPOSED
JOINT PRETRIAL ORDER

1    **CERTIFICATE OF SERVICE**

2       I hereby certify that on this 11th day of January, 2023, a true and correct copy

3    of **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO**

4    **FILE A PROPOSED JOINT PRETRIAL ORDER [FIRST REQUEST FOR EXTENSION**

5    **OF JOINT PRETRIAL ORDER].** was served via the United States District Court CM/ECF

6    system on all parties or persons requiring notice.

7

8                      By  /s/ Susan Kingsbury

9                        an Employee of
     McCORMICK, BARSTOW, SHEPPARD,

10   WAYTE & CARRUTH LLP

11   8848267.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

3    Case No. 3:19-cv-00196-MMD-CSD

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE A PROPOSED JOINT PRETRIAL ORDER