UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SAID ELMAJZOUB,

    Plaintiff,

v.

SCOTT DAVIS, ET AL

    Defendants.

Case No. 3: 19-cv-196-MMD-CSD

ORDER TO TRANSPORT PLAINTIFF FOR VIDEO PROCEEDINGS

    The Court scheduled a video conference hearing for March 21, 2023 at 10:00 AM (ECF No. 137).

    IT IS ORDERED that the Nevada Department of Conections (NDOC) shall arrange for inmate SAID ELMAJZOUB, NDOC 1034685, to appear by video from Lovelock Conections Center for the hearing scheduled for March 21, 2023 at 9:00 A.M. in Reno courtroom 5 before Chief Judge Miranda M. Du.

    IT IS SO ORDERED.

    DATED 2/8/2023.

_____
Honorable Miranda M. Du,
Chief U.S. District Judge