CAIR LEGAL DEFENSE FUND
LENA F. MASRI (20251)
lmasri@cair.com
GADEIR I. ABBAS (20257)*
gabbas@cair.com
JUSTIN SADOWSKY (20128)
jsadowsky@cair.com
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 488-8787

ALLEN LICHTENSTEIN (NV 3992)
allaw@lvcoxmail.com
3315 Russell Road, No. 222
Las Vegas, NV 89120
Phone: (702) 433-2666

*Gadeir Abbas is admitted in VA;
practice is limited to federal matters.

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **SAID ELMAJZOUB**,<br><br>　　　　　Plaintiff,<br><br>　　　　　-vs-<br><br>**SCOTT DAVIS,** *et al,*,<br><br>　　　　　Defendant(s). | Case No. 3:19-cv-00196-MMD-WGC<br><br>**STIPULATION AND ORDER TO CONTINUE ALL DEADLINES AND ARGUMENT**<br><br>**[SECOND REQUEST FOR EXTENSION OF DEADLINES AND ARGUMENT]** |

Defendants, Renee Baker, Tara Carpenter, Scott Davis, Marc La Fleur, And Kim Thomas (collectively, "Defendants"), by and through their Associate Counsel, Frank Toddre II, Esq. and Mandy Vogel of the law firm McCormick, Barstow, Sheppard, Wayte, and Carruth, LLP, and Plaintiff, Said Elmajzoub, by and through his counsel, CAIR Legal Defense Fund, Gadeir I. Abbas, Lena F. Masri, Justin Sadowsky, and Allen Lichtenstein, respectfully submit the following Stipulation and Order to Continue All Deadlines and Argument.

After the Settlement Conference on December 19, 2022, the parties continued to informally discuss potential settlement of the case. The parties had previously set forth a Stipulation to Extend the Joint Pretrial Order, which has since been granted. Based on that progress, the parties filed a motion to stay the remaining deadlines on February 1, 2023, which has also been granted.

The parties have since come to an agreement in principle that would resolve the case, including both the trial and both pending motions (the partial motion for fees and the motion to enforce the Permanent Injunction). That settlement is contingent upon certain actions occurring in a different proceeding. Although both parties expect the condition to be satisfied, the parties cannot execute the settlement agreement until that happens. The other proceeding should be concluded by the end of May.

In order to avoid unnecessary litigation, the parties jointly request a stay of the deadline for Defendants' response to Plaintiff's partial motion for Attorney's fees until June 5, a stay of oral argument on Plaintiff's Emergency Motion to Enforce until sometime in June, and the Joint Pretrial Statement be continued until June 30.[1] If an additional stay is warranted at the end of May, the parties will so advise the Court.

---

[1] Once the condition is satisfied, the parties will need some time to put together the text of the agreement, and Defendants may need some time to obtain government approval of the settlement.

| | |
|---|---|
| Dated: March 1, 2023 | Dated: March 1, 2023 |
| By: */s/ Justin Sadowsky* | By: */s/ Frank A. Toddre, II* |
| Lena Masri | Frank A Toddre, II |
| Gadeir I. Abbas | Nevada Bar No. 11474 |
| Justin Sadowsky | Mandy Vogel |
| CAIR LEGAL DEFENSE FUND | Nevada Bar No. 16150 |
| 453 New Jersey Ave., SE | McCORMICK, BARSTOW, SHEPPARD, |
| Washington DC 20003 | WAYTE & CARRUTH LLP |
| Allen Lichtenstein | 8337 W. Sunset Rd., Ste. 350 |
| 3315 Russell Rd., No. 222 | Las Vegas, NV 89113 |
| Las Vegas, NV 89120 | *Attorneys for Defendants Renee Baker,* |
| *Attorneys for Plaintiff Said Elmajzoub* | *Tara Carpenter, Scott Davis, Marc La Fleur, and Kim Thomas* |

Based on the foregoing Stipulation of the parties, **IT IS ORDERED** as follows:

(1) Oral Arguments regarding the Emergency Motion to Enforce shall be VACATED and CONTINUED until June or a date convenient and available to the Court

(2) That any Court ruling on Defendants' Motion to Strike be continued until after oral arguments considered in the above paragraph.

(3) The Defendants' response to Plaintiff's Motion for Attorneys' Fees be continued to June 5, 2023.

(4) The Joint Pretrial Statement be continued to June 30, 2023.

IT IS SO ORDERED:

_____
Chief Judge

DATED this <u>1st</u> day of <u>March</u>, 2023