FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendants Renee Baker,
Tara Carpenter, Scott Davis, Marc La Fleur,
and Kim Thomas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAID ELMAJZOUB,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT DAVIS, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00196-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS AND TO CONTINUE ORAL ARGUMENTS (ECF NO. 111, 141)**<br><br>**(SECOND REQUEST)** |

Defendants, Renee Baker, Tara Carpenter, Scott Davis, Marc La Fleur, And Kim Thomas (collectively, "Defendants"), by and through their Associate Counsel, Frank Toddre II, Esq. and of the law firm Lewis, Brisbois, Bisgaard, and Smith LLP, and Plaintiff, Said Elmajzoub, by and through his counsel, CAIR Legal Defense Fund, Gadeir I. Abbas, Lena F. Masri, Justin Sadowsky, and Allen Lichtenstein, respectfully submit the following Stipulation and Order to Extend the Deadline for Defendants to File a Response to Plaintiff's Motion for Attorney Fees and Costs (ECF No. 111) and to continue Oral Arguments regarding the Emergency Motion to Enforce (ECF No. 118) as the parties finalize proposed settlement documents.

The following deadlines are set before the Court based upon prior stipulation (ECF No. 139)

(1) Oral Arguments regarding the Emergency Motion to Enforce (ECF No. 118 ) have been CONTINUED until June 23, 2023.

(2) Any Court ruling on Defendants' Motion to Strike (ECF No. 127 ) has been continued

until after oral arguments considered in the above paragraph.

(3) The Defendants' response to Plaintiff's Motion for Attorney's Fees is set for June 5, 2023.

(4) The Joint Pretrial Statement is due June 30, 2023.

(5) NDOC is to produce a status report regarding Ju'Mah services to this Court by June 16, 2023, or a week prior to oral arguments.

The parties have agreed in principal to a resolution of the case and are finalizing the settlement documents with a specific breakdown of costs to each side. Out of an abundance of caution, the parties would request a forty five day continuance of all outstanding deadlines and oral arguments on the Emergency Motion to Enforce to be set out to mid-August or a time convenient to the Court. The parties are optimistic the matter should be finalized well before.

Accordingly, the parties request the above deadlines be continued forty-five (45) days as presented herein:

(1) Oral Arguments regarding the Emergency Motion to Enforce (ECF No. 118 ) set for June 23, 2023 be VACATED and CONTINUED until June 23, 2023. forty five days (45) until August 7, 2023 or a date convenient and available for the Court.

(2) That any Court ruling on Defendants' Motion to Strike (ECF No. 127 ) be continued until after oral arguments considered in the above paragraph.

(3) The Defendants' response to Plaintiff's Motion for Attorney's Fees be continued to July 20, 2023.

(4) The Joint Pretrial Statement be continued to August 14, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



(5) NDOC is to produce a status report regarding Ju'Mah services to this Court by July 31, 2023, or alternatively week prior to oral arguments.

| | |
|---|---|
| DATED: June 6, 2023 | DATED: June 6, 2023 |
| By: /s/ Justin Sadowsky | By: /s/ Frank A. Toddre, II |
| Lena Masri<br>Gadeir I. Abbas<br>Justin Sadowsky<br>CAIR LEGAL DEFENSE FUND<br>453 New Jersey Ave., SE<br>Washington DC 20003<br><br>Allen Lichtenstein<br>3315 Russell Rd., No. 222<br>Las Vegas, NV 89120<br><br>*Attorneys for Plaintiff Said Elmajzoub* | Frank A. Toddre, II<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br><br>*Attorneys for Defendants Renee Baker,*<br>*Tara Carpenter, Scott Davis, Marc La Fleur,*<br>*and Kim Thomas* |

**ORDER**

**IT IS SO ORDERED   IT IS FURTHER ORDERED** that the hearing set for 6/19/2023 at 9:00 AM is reset to 8/11/2023 at 9:00 AM in Reno courtroom 5 before Chief Judge Miranda M. Du.

Dated 6/6/2023.

_____
United States District Court Judge