FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendants Renee Baker,
Tara Carpenter, Scott Davis, Marc La Fleur,
and Kim Thomas*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAID ELMAJZOUB,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT DAVIS, et al.,<br><br>        Defendants. | Case No. 3:19-cv-00196-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS AND TO CONTINUE ORAL ARGUMENTS (ECF NO. 111, 141)**<br><br>**(FOURTH REQUEST)** |

Defendants, Renee Baker, Tara Carpenter, Scott Davis, Marc La Fleur, And Kim Thomas (collectively, "Defendants"), by and through their Associate Counsel, Frank Toddre II, Esq. and of the law firm Lewis, Brisbois, Bisgaard, and Smith LLP, and Plaintiff, Said Elmajzoub, by and through his counsel, CAIR Legal Defense Fund, Gadeir I. Abbas, Lena F. Masri, Justin Sadowsky, and Allen Lichtenstein, respectfully submit the following Stipulation and Order to Extend the Deadline for Defendants to File a Status Report regarding Jumu'ah services and continue the presently set status conference.

Upon receipt of the previous stipulation continuing deadlines, The Court denied the following outstanding motions: Plaintiff's emergency motion to enforce (ECF No. 118 ), Defendant's motion to strike (ECF No. 127 ) and Plaintiff's motion for attorney fees (ECF No. 132) without prejudice to their reinstatement. (ECF No. 146)

The following deadlines are set before the Court based upon prior stipulation (ECF No. 148)

132740045.1                                                               Case No. 3:19-cv-00196-MMD-CSD

(1) A status conference is currently set for December 19, 2023.

(2) NDOC is to produce a status report regarding Jumu'uah services to this Court by December 5, or a week prior to oral arguments.

The parties have agreed in principal to a resolution of the case and are finalizing the settlement documents with a specific breakdown of costs to each side. Out of an abundance of caution, the parties would request a sixty day continuance of all outstanding deadlines and oral arguments on the Emergency Motion to Enforce to be set out to mid-August or a time convenient to the Court. The parties are optimistic the matter should be finalized well before.

Since the last extension the parties have exchanged settlement documentation and redline comments. There appear to be two clauses of the settlement agreement the parties are still finalizing and negotiating. The majority of the settlement agreement has been approved by both sides.

Counsel had several more phone conversations since the October stipulation discussing very specific changes to the settlement language regarding enforcement and any ongoing injunction. Counsel for plaintiff is still reviewing the revisions with their client.

This extension also permits time for parties to understand and discuss any administrative and tax issues regarding contemplated payments prior to signing. The parties will be submitting a stipulation to dismiss claims at the finalizing of documents while preserving the Court's order of injunctive relief.

Accordingly, the parties request the above deadlines be continued sixty (60) days as presented herein:

(1) The Status Conference set for December 19, 2023 be continued until February 19, 2024 or the first available time thereafter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



(2) NDOC is to produce a status report regarding Jumu'uah services to this Court by February 5, 2024, or alternatively week prior to oral arguments.

DATED: December 6, 2023

By: /s/ Justin Sadowsky
Lena Masri
Gadeir I. Abbas
Justin Sadowsky
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave., SE
Washington DC 20003

Allen Lichtenstein
3315 Russell Rd., No. 222
Las Vegas, NV 89120

*Attorneys for Plaintiff Said Elmajzoub*

DATED: December 6, 2023

By: /s/ Frank A. Toddre, II
Frank A. Toddre, II
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendants Renee Baker, Tara Carpenter, Scott Davis, Marc La Fleur, and Kim Thomas*

## ORDER

**IT IS SO ORDERED: hearing set for 12/19/2023 at 9:00 AM is reset to 2/20/2024 at 10:00 AM by video conference. Status report due 2/13/2024.**

DATED this 7th day of December, 2023

_____
United States District Court Judge



132740045.1

3

Case No. 3:19-cv-00196-MMD-CSD