Said Elmajzoub    1034685
Lovelock Correctional Ctr
1200 Prison Rd
Lovelock, NV  89419


Said Elmajzoub, Plaintiff
    vs
Scott Davis et al, Defendants

Case No.
3:19-cv-00196-MMD-CSD

## Motion to Enforce Permanent Injunction

Comes now Plaintiff, in proper person, and moves this court to hold the defendants in contempt of this courts order for refusing to allow Jumah service on Friday Sept 6, pursuant to this courts modified permanent injunction (ECF 110).

This is a repeat offense and the circumstances associated with this blatant refusal to allow Jumah service are a repeat of the tired excuses of old, that this court has already rejected. (ECF 91 & 98)

"Lockdown" in name only because, scores, if not hundreds, of inmates are on the move to chow hall, law library, medical appointments, work assignments and even to pick up commissary orders.

(1)

Should this court require a hearing, Plaintiff requests the ability to attend via video Zoom, if it please "the" court.

## CONCLUSION

Plaintiff prays that this court will weigh this filing on the merits in lieu of style/format.

The NDOC has willfully neglected its legal obligation for the 5th time. This court has rejected the NDOC's hollow excuses of staffing issues and claims of lockdown whilst allowing hundreds of inmates to move about the prison. On multiple occassions there have been requests by admin/chapel staff to shorten the Jumah service for different reasons. Admin is well aware that the Muslim group of 10-15 inmates could have easily fulfilled their religious mandate in less than ½ hour.

Since scores of inmates were not denied priveledges, it should infuriate this court that its order and the protected rights of Muslims were so readily and unneccassarily violated. This is completely unacceptable and can not be left unaddressed, it must be swiftly punished as a deterrence. Therefore, Plaintiff hereby requests a hefty sanction.

Dated this 30th day of ~~September~~ October 2024

Said Elmajzoub
Plaintiff

(2)

1.) On Wed Sept 4, the facility was "locked down" after breakfast.

2.) All "Prison Industry (P.I), laundry and canteen workers were not permitted to go to work and each area was searched for contraband.

3.) On Thur Sept 5, after breakfast, the unit was "locked down", but, all P.I., laundry and canteen workers were ordered to work.

4.) The morning of Sept 5, from work, I was called for a dental appointment.

5.) On my way back to work, I saw laundry and canteen workers at work.

6.) I also saw inmates picking up their canteen orders, while 5 or 6 C.O.'s looked on.

7.) On Fri Sept 6, at breakfast I asked if inmates would still get canteen and was told, YES. The unit was "locked down" after breakfast. At approximately 10) AM, I inquired about the chapel to the unit C.O. and was told "everything is closed," though I knew different.

8.) I saw several inmates leave the unit, unescorted, to have their blood pressure checked at medical.

9.) On Oct 6th and 13th during institutional lockdown, religious services, for predominantly white, pagan groups, went ahead as scheduled.

I swear under penalty of perjury that the aforementioned is true and accurate.

Dated this 30 day of Oct, 2024

Said Elmarzoub, Affiant.

(3)