# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SAID ELMAJZOUB,

    Plaintiff

v.

SCOTT DAVIS, et al.,

    Defendants

Case No.: 3:19-cv-00196-MMD-CSD

**Order**

Re: ECF Nos. 168, 169, 170

On October 8, 2024, counsel for Plaintiff Lena Masri, Gadeir Abbas, and Justin Sadowsky filed motions to withdraw, noting that the scope of representation has been completed, the plaintiff wants to represent himself going forward in any enforcement action, and the plaintiff has consented to this withdrawal. There is no proof of service indicating that their client was served with the motion. *See* LR IA 11-6(b).

The Clerk shall **SEND** Plaintiff copies of ECF Nos. 168, 169, and 170 at Lovelock Correctional Center. Plaintiff has up to and including **November 21, 2024,** to file a response to the motions to withdraw. If no response is filed, the court will issue an order granting the motions.

**IT IS SO ORDERED**.

Dated: November 7, 2024

_____
Craig S. Denney
United States Magistrate Judge