# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAID ELMAJZOUB,<br><br>            Plaintiff,<br><br>    v.<br><br>SCOTT DAVIS, et al.,<br><br>            Defendants. | 3:19-cv-00196-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF Nos. 168, 169, 170 |

Before the court are the motions of Lena Masri, Esq., Gadeir Abbas, Esq., and Justin Sadowsky, Esq., to withdraw as counsel for Plaintiff. (ECF Nos. 168, 169, 170.) Plaintiff has filed a consent to counsels' motions to withdraw. (ECF No. 179.)

Plaintiff's counsels' motions (ECF Nos. 168, 169, 170) are **GRANTED**.  Henceforth, all documents required by the Federal Rules of Civil Procedure to be served on Plaintiff Said Elmajzoub at the following address:

> Said Elmajzoub, #1034685
> Lovelock Correctional Center
> 1200 Prison Road
> Lovelock, Nevada 89419

**IT IS SO ORDERED.**

DATED:  November 14, 2024.

_____
Craig S. Denney
United States Magistrate Judge